\*

Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas  79101-2449



FILED
MAR 10 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

March 5, 2015

Clerk of the Court;
Vivian Long
Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas  79101-2449

RE: Case Number: 07-15-00073-CR and 07-15-00074-CR
    Trial Court Case Number: A-18365-1011 and B-18377-1004

Styled: Jarrod Neal Flaming v. The State of Texas

GREETINGS!

In response to the Court letter dated February 25, 2015, appellant will show that the Seventh District Court of Appeals, has jurisdiction over the appeal as followed:

I

## Jurisdiction

Under article V, Section 5(c), of the Texas Constitution, and under Texas Code of Criminal Procedure 26.05(g), which constitutes a "criminal law matter" for purposes of invoking the Court of Appeals authority under Tex. Const. art. V, §5(c), to resolve criminal appeals.

Respectfully Submitted,

s/ Jarrod Neal Flaming, JNF
TDCJ-ID# 1679601,
Jester III Unit,
3 Jester Road,
Richmond, Texas  77406

Letter in response to Jurisdiction-Page 1 of 1
Jarrod Neal Flaming v. The State of Texas
Cause No. 07-15-00073-CR and 07-15-00074-CR

Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449



FILED
MAR 10 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

March 5, 2015


Clerk of the Court;
Ms. Vivian Long
Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449



RE: 07-15-00073-CR and 07-15-00074-CR
    Trial Court Case Number: A-18365-1011 and B-18377-1004

Style: Jarrod Neal Flaming v. The State of Texas

GREETINGS!

   Appellant thanks the Court for reconsideration and for refiling the "Notices of Appeal". Appellant also request the Court to give Appellant until March 25, 2015, to comply with Rule 20.1(b) of the Texas Rules of Appellant Procedure. Because Relator is incarcerated, and has limited access to law library, and to also comply with section 14.004 of the Texas Civil Practice and Remedies Code.

                              Respectfully Submitted,

                              s/Jarrod Neal Flaming, JNF
                              TDCJ-ID# 1679601;
                              Jester III Unit,
                              3 Jester Road,
                              Richmond, Texas 77406


Letter in response to Rule 20.1(b), Texas Rules of Appellant Procedure-Page 1 of 1
Jarrod Neal Flaming v. The State of Texas
Cause Numbers: 07-15-00073-CR and 07-15-00074-CR

F I L E D

MAR 10 2015

SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Cause # 07-15-00073-CR and 07-15-00074-CR

Affidavit

**State of Texas** §
§
**County of Fort Bend** §

My name is Jarrod Neal Flaming, I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with and have personal knowledge of all the facts stated in it. I am able to swear, and I do swear, that all the facts and statements contained in this instrument are true and correct... Appellent requests that the Court give Appellant until March 25, 2015, to comply with rule 20.1(b) of the Texas Rules of Appellant Procedure. Because relator is incarcerated, and has limited access to law library, and to also comply with section 14.004 of the Texas Civil Practice and Remedies Code.

## INMATE NOTARY PUBLIC SERVICE

Under both federal law (28 U.S.C. §1746) and state law (V.T.C.A. Civil Practice & Remedies Code (§132.001-132.003) inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

I Jarrod Neal Flaming, TDCJ-ID# 1679601, being presently incarcerated in Jester III Unit, at Richmond Texas. Fort Bend County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015

s/Jarrod Neal Flaming # 1679601
Jester III Unit
3 Jester Road
Richmond, Texas
77406

Jarrod Neal Flaming TDCJ-CID# 1679601
Jester III Unit
3 Jester Road
Richmond, Texas 77406

NORTH HOUSTON TX 77
05 MAR 2015 PM 3 L



Clerk of the Court
Ms. Vivian Long
Seventh District of Texas
Potter County Courts Building
501 S. Filmore, Suite 2-A
Amarillo, Texas 79101-2449

7910124 4921